UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD FINKELSTEIN, | ) | |
| | ) | 1:08-CV-01495 OWW DLB |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| ASSET ACCEPTANCE, LLC, | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   December 5, 2008**            **/s/ Oliver W. Wanger**
                                  UNITED STATES DISTRICT JUDGE

1